UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CATHY BUCH, | No. 2:16-cv-01953-GEKP |
| Plaintiff, | |
| - against - | |
| JUNIPER NETWORKS, INC., | |
| Defendant. | |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff Cathy Buch voluntarily dismisses this action with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: Philadelphia, Pennsylvania
May 10, 2016

**BARRACK, RODOS & BACINE**

By: /s/ Beth T. Seltzer
Daniel E. Bacine
Beth T. Seltzer
3300 Two Commerce square
2001 Market Street
Philadelphia, PA  19103
Telephone: (215) 963-0600

*Attorneys for Plaintiff Cathy Buch*

*Of counsel:*

A. Arnold Gershon
Michael A. Toomey
**BARRACK, RODOS & BACINE**
Eleven Times Square
640 8th Avenue, 10th Floor
New York, NY  10036
Telephone: (212) 688-0782
Facsimile: (212) 688-0783